**JS-6**

MICHELE BEAL BAGNERIS, City Attorney
  State Bar No. 115423
HASMIK BADALIAN COLLINS, Deputy City Attorney
  State Bar No. 255839
100 North Garfield Avenue, Room N210
Pasadena, CA 91109-7215
TEL: (626) 744-4141
FAX: (626) 744-4190

Attorneys for Defendant, CITY OF PASADENA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH TIMPHONY and SCARLET TIMPHONY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PASADENA, a public entity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: CV 14-4855-GW(ASx)<br><br>[ASSIGNED TO JUDGE GEORGE H. WU AND DISCOVERY MAGISTRATE JUDGE ALKA SAGAR]<br>(Complaint filed on May 19, 2014)<br><br>**ORDER GRANTING DEFENDANT CITY OF PASADENA'S MOTION TO DISMISS** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

    Defendant City of Pasadena's Motion to Dismiss came on regularly before this Court. After having read and considered the moving papers and the opposition thereto and having heard the argument of counsel, the Court orders that City's Motion to Dismiss be granted in its entirety without leave to amend and judgment be entered in favor of the Defendant City of Pasadena and against plaintiffs.

///

///

-2-

**IT IS SO ORDERED.**

DATED:  September 22, 2014                                   _____
                                                                                            GEORGE H. WU, U.S. District Judge